## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br>John Patrick Christian<br>    Debtor<br>Last 4 of SS#: 30705404 | Case No. 20-16452 MER<br>Chapter 13 |

### NOTICE OF MOTION TO EXTEND AUTOMATIC STAY

**OBJECTION DEADLINE: October 22, 2020**
(17 days)

    YOU ARE HEREBY NOTIFIED that a Motion regarding a request to extend the automatic stay has been filed, a copy of which is attached hereto.

    A hearing on the motion has been set for **October 28, 2020 at 9:30 AM,** (within 30 days) at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom D, Fifth Floor, Denver, Colorado 80202.

    IF YOU DESIRE TO OPPOSE THIS MOTION, you must file with this court a WRITTEN OBJECTION to the motion on or before the objection deadline listed above and serve a copy upon Movant's attorney, whose address is listed below.

    If you file an objection, you are REQUIRED to comply with L.B.R. 4001-1(c) regarding hearing procedures, including (i.) the timely submission and exchange of witness lists and exhibits and (ii.) attendance at the above scheduled hearing in person.

    IF YOU FAIL TO FILE AN OBJECTION, an order granting the relief requested may be granted without further notice to you.

Dated: October 5, 2020

/s/ Michael M. Noyes
Michael M. Noyes (Bar # 23054)
A Professional Corporation
1873 S. Bellaire Street., Suite 1550
Denver, CO 80222
Telephone: (303) 756-6789

## CERTIFICATE OF SERIVCE

The undersigned does hereby certify that on October 5, 2020, a true and correct copy of the foregoing:

**1) Motion and proposed Order on Motion to Continue the hearing on the Motion to Extend the Automatic Stay**
**2) Notice of Motion**

Was submitted via the Court's CM/ECF program to ("X" Marks the appropriate Trustee Served)

_X_ Trustee Adam Goodman
PO Box 1169
Denver, CO 80201

___ Douglas Kiel, Trustee

And the following secured creditors:

Bank of the West
PO Box 5172
San Ramon, CA 94583

EnerBank
1245 Brickyard Road
Salt Lake City, UT 84106

Heather Deere, Esq. for Servicing Corporation

Respectfully submitted this October 5, 2020

/s/ Michael M. Noyes
Michael M. Noyes, 23054
Counsel to Debtor
1873 South Bellaire Street, Ste 1550
Denver, CO 80222
303-756-9789
Michael@Noyeslaw.com